```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-11-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANDA HOWELL o/b/o S.H.,

                           Plaintiff,

    — against —             08 Civ. 10671 (VM)

COMMISSIONER OF SOCIAL SECURITY,      **ORDER**

                           Defendant.

**VICTOR MARRERO, United States District Judge.**

    Plaintiff has brought this action pursuant to the Social Security Act, 42 U.S.C. § 405(g) and/or § 1383(c)(3), seeking review of a denial of social security benefits.

    The Government must move with respect to Plaintiff's claim for review by June 15, 2009. Plaintiff must thereafter submit its response no later than (30) days from the date of the Government's filing of its motion. The Government then has fourteen (14) days to reply to the Plaintiff's response.

    Motion papers must be accompanied by a supporting memorandum of law that makes specific citation to the parts of the record on which the Plaintiff and/or the Government relies. No extensions of time will be granted except for good cause shown.

    Any stipulation entered between the parties including, but not limited to, a remand to the Secretary of Health and Human Services (the "Secretary") for further proceedings, must be approved by this Court. The parties are advised that a

remand to the Secretary for further proceedings is not necessarily a final disposition of the case, and Plaintiff may be entitled to seek further review by this Court of any additional proceedings before the Secretary.

The parties are directed to deliver courtesy copies of all papers to the mail room in the lower lobby of the Courthouse at 500 Pearl Street, New York, New York.

**SO ORDERED.**

Dated:   New York, New York
         11 May 2009

Victor Marrero
U.S.D.J.